UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS HORN,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. H-06-2740<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND ORDER

Counsel for Plaintiff's Unopposed Motion to Withdraw as Counsel (Doc. # 9) has been filed with the Court, and permission to withdraw is **GRANTED**.

**IT IS SO ORDERED.**

SIGNED this 16th day of January, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT